# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 26, 2012

No. 10-51239
Summary Calendar

Lyle W. Cayce
Clerk

LUIS ANDRES SANCHEZ CAMARILLO,

Petitioner-Appellant

v.

UNITED STATES OF AMERICA; WARDEN, REEVES COUNTY DETENTION CENTER III; BUREAU OF PRISONS; ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondents-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:10-CV-98

Before JOLLY, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Luis Andres Sanchez Camarillo, former federal prisoner # 16678-179, appeals the denial of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses.  However, according to the Bureau of Prisons' publicly available Inmate Locator Service,[1] Sanchez Camarillo has been released from custody, a fact of which we take judicial notice.  *See* FED. R. EVID. 201(b)(2); *United States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011) (per

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

[1] http://www.bop.gov/iloc2/LocateInmate.jsp.

curiam); *accord, e.g.*, *United States v. Akinrosotu*, 637 F.3d 165, 168 (2d Cir. 2011); *Demis v. Sniezek*, 558 F.3d 508, 513 n.2 (6th Cir. 2009); *United States v. Robles-Ortega*, 336 F. App'x 824, 825 n.1 (10th Cir. 2009). Because Sanchez Camarillo has been released, this court "cannot grant 'any effectual relief[,]'" and we dismiss his appeal as moot. *Calderon v. Moore*, 518 U.S. 149, 150 (1996).

APPEAL DISMISSED; ALL OUTSTANDING MOTIONS DENIED.